UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS                                                      CIVIL ACTION

VERSUS

RONALD JOHNSON, ET AL.                              NO. 25-00506-BAJ-RLB

RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 16, the "Report")** recommending that the Court deny Plaintiff's Motion to Remand (Doc. 6; Doc. 16). The Report further recommends that the Court deny Defendants' Motion to Dismiss (Doc. 8; Doc. 16). Finally, the Magistrate Judge recommends that the Court dismiss with prejudice Defendants Judge Ronald Johnson, Judge Beau Higginbotham, Judge Tarvald Smith, and Clerk of Court Doug Welbourn due to Plaintiff's failure to provide any nonconclusory allegations in opposition to the existence of Defendants' absolute and qualified immunities such that amendment would be futile. (Doc. 16 at 6-7). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered Plaintiff's Motion (Doc. 6); Defendant's opposition (Doc. 12); the Defendants' Motion to Dismiss, Plaintiff's opposition, and Defendants' reply (Docs. 8; 13; 14), and the Report, the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 6)** is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 8)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Judge Ronald Johnson, Judge Beau Higginbotham, Judge Tarvald Smith, and Clerk of Court Doug Welbourn be **DISMISSED WITH PREJUDICE.**

Judgment shall issue separately.

Baton Rouge, Louisiana, this 16th day of October, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**